UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| SAMANATHA PENNELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 24-043-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | **MEMORANDUM ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is pending for consideration of the parties' Joint Stipulation for Attorney Fees Under the Equal Access to Justice Act. [Record No. 19] The parties' joint stipulation has been docketed as a motion. The motion will be denied for the reasons outlined below.

The Equal Access to Justice Act ("EAJA") requires payment of fees and expenses to the prevailing party in an action against the United States unless the government's position was substantially justified. 28 U.S.C. § 2412(d)(1)(A). The EAJA specifies that the amount of fees awarded "shall be based upon prevailing market rates for the kind and quality of the services furnished . . . [but] shall not [exceed] $125 per hour unless the court determines that an increase in the cost of living or a special factor . . . justifies a higher fee." § 2412(d)(2)(A). A party seeking an award of fees and expenses must submit an application within 30 days after final judgment, which includes "(1) a showing that the applicant is a prevailing party; (2) a showing that the applicant is eligible to receive an award . . . and (3) a statement of the amount sought together with an itemized account of time expended and rates charged." *Scarborough*

- 2 -

*v. Principi*, 541 U.S. 401, 408 (2004) (citing § 2412(d)(1)(B)).  The requesting party also must allege that the United States' position was not substantially justified.  *Id.*

Notwithstanding the parties' agreement, counsel for Pennell has not provided the Court with information sufficient to determine the reasonableness of the fee request.  Without such information, the Court cannot conclude that the claimed number of hours is consistent with what would be expected in this case and is reasonable and compensable under the EAJA.

Accordingly, it is hereby

**ORDERED** that parties' Joint Stipulation for Attorney Fees Under the Equal Access to Justice Act [Record No. 19] is **DENIED**.

Dated:  October 9, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky